# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRIAN DICKERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>PLZ AEROSCIENCE CORPORATION and HAZMAT EMERGENCY RESPONSE AND REMEDIATION, INC.,<br><br>          Defendants. | **JURY TRIAL DEMANDED**<br><br>CIVIL ACTION<br>FILE NO.: |

## COMPLAINT

COMES NOW Brian Dickerson, Plaintiff, and makes and files this complaint against Defendants PLZ Aeroscience Corporation and Hazmat Emergency Response and Remediation, Inc., as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff is a citizen and resident of the State of Georgia and resides in Fulton County in the North District of Georgia, Atlanta Division, and is subject to the jurisdiction of this court.

2.

Defendant PLZ Aeroscience Corporation ("PLZ") is a foreign corporation, existing under the laws of the State of Delaware with its principal place of business in the State of Illinois, and is authorized to transact business in the State of Georgia, and may be served by delivering a copy of the summons and complaint on its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 and is subject to the jurisdiction of this court.

3.

Defendant Hazmat Emergency Response and Remediation, Inc. ("HERR") is a foreign corporation, existing under the laws of the State of North Carolina with its principal place of business in the State of North Carolina, and is authorized to transact business in the State of Georgia, and may be served by delivering a copy of the summons and complaint on its registered agent Corporation Service Company at 40 Technology Parkway South #300, Norcross, Gwinnett County, Georgia 30092 and is subject to the jurisdiction of this court.

4.

There exists complete diversity among the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

5.

Jurisdiction is proper pursuant to 28 U.S.C. § 1332, and venue is proper in this Court.

## **BACKGROUND**

6.

On or about February 5, 2020, Plaintiff was working at a facility in Dalton, Georgia owned by Defendant PLZ where he was to assist in removing structures from the building in order to decommission it.

7.

Defendant PLZ informed Plaintiff and Plaintiff's company that Defendant PLZ had hired Defendant HERR to remove all flammable liquids from the facility, and Defendant PLZ certified to Plaintiff and Plaintiff's company that all flammable liquids had been removed from the facility so that it was safe for Plaintiff's company to use blowtorches to cut the structures and remove them from the facility.

8.

Plaintiff was standing on a catwalk in room in the facility while a fellow employee used a blowtorch to take down structures near the catwalk and a hot

beam fell to the floor which ignited a fire as a result of flammable liquids and vapors being present in the room.

9.

As a result of the incident, Plaintiff suffered burns and injured his back attempting to escape the fire.

## **COUNT I – NEGLIGENCE**

10.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 9 above as if fully restated.

11.

Defendants PLZ and HERR were negligent in failing to remove the flammable liquids present in the room where the fire started.

12.

Defendant PLZ was negligent in informing Plaintiff and Plaintiff's company that the room had been cleared of flammable liquids when there were still flammable liquids in the room.

13.

Defendants' negligence was the sole and proximate cause of the fire, and Plaintiff's resulting injuries.

## COUNT II – PREMISES LIABILITY

14.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

At the time of the subject incident, Defendant PLZ was the owner of the premises and owed a nondelegable duty to keep the premises safe for invitees such as Plaintiff.

16.

Defendant PLZ violated this duty by failing to remove the flammable liquids present in the room where the fire started prior to allowing Plaintiff and his company to work in the room.

17.

Defendant PLZ violated this duty in informing Plaintiff and Plaintiff's company that the room had been cleared of flammable liquids when there were still flammable liquids in the room.

## COUNT IV – DAMAGES

18.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 17 above as if fully restated.

19.

As a result of Defendants' negligence, Plaintiff suffered burns on various parts of his body and injured his back and has endured past pain and suffering and will endure future pain and suffering.

20.

As a result of Defendants' negligence, Plaintiff has incurred past medical expenses and will continue to incur future medical expenses.

21.

As a result of Defendants' negligence, Plaintiff has incurred past lost wages and will continue to incur lost wages in the future.

22.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

## **COUNT V – PUNITIVE DAMAGES**

23.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 22 above as if fully restated.

24.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiff to an award of punitive damages.

**WHEREFORE**, Plaintiff prays that he have a trial on all issues and judgment against Defendants as follows:

a. That Plaintiff recover the full value of his past and future medical expenses and lost wages in an amount to be proven at trial;

b. That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c. That Plaintiff recover punitive damages in an amount to be determined by the enlightened conscience of a jury;

d. That Plaintiff recover such other and further relief as is just and proper.

This 1st day of September, 2020.

*Signatures on following page*

Respectfully Submitted,

**FRIED GOLDBERG LLC**


By: */s/ Michael L. Goldberg*
**MICHAEL L. GOLDBERG**
Georgia Bar No. 299472
**ERIC J.D. ROGERS**
Georgia Bar No. 100081

Three Alliance Center
3550 Lenox Road, N.E.
Suite 1500
Atlanta, Georgia 30326
(404) 591-1800
Fax: (404) 591-1801
Email:  Michael@friedgoldberg.com
Email:  Eric@friedgoldberg.com

**THE BRICE LAW FIRM, LLC**


By:  */s/ Calena R. Brice*
**CALENA R. BRICE**
Georgia Bar No. 623131

5447 Roswell Road, N.E.
Atlanta, Georgia 30342
Telephone: (404) 593-2690
Facsimile (888) 718-1007
Email:  thebricelawfirm@gmail.com