## SCHEDULE SHEET



**HERR, INC.**
PO BOX 2345
303 South Maltsby Street
Whiteville, NC 28472
Tel: (910) 640-2607

| | |
|---|---|
| HERR Proposal No | I-19799 REV1 |
| Estimator Name: | Chris Gosselin |
| Submittal Date: | 7/19/2019 |

| CONTACT INFORAMTION | Project Site: |
|---|---|
| James Purgason<br>PLZ Aeroscience<br>1000 Integram Dr.<br>Pacific, MO 63069 | PLZ Aeroscience<br>310 Brookhollow RD SE<br>Dalton, GA 30721 |
| | **Site contact:** |
| Tel: 336-514-8559<br>e mail:  jpurgason@plzaeroscience.com | |

### Scope of Work:

HERR, Inc. proposes to perform the following scope of work:

#### INTERIOR TANKS

* Pressure wash/triple rinse/enter to clean all interior tanks specified
* All wash waters and sludges to be offloaded on site to the Haz Waste tank for PLZ removal

#### INTERIOR ROOMS

* Pressure wash all elevated grating, mixing room walls and floors
* All wash waters and sludges to be offloaded on site to the Haz Waste tank for PLZ removal
* Flush all interior product lines

#### EXTERIOR TANKS and LINES

* Flush all product lines feeding to and from tanks into the building
* Perform gamma jet cleaning and or entry cleaning as necessary for external tanks
* Power wash all containment areas and loading containment pad
* All waste materials to be offload onsite to the Haz Waste tank for PLZ removal, all sludges will be offloaded
  into the containment pad and shoveled into open top totes to be handled by PLZ personnel

#### DEMOLITION

* Remove all 22 exterior tanks from the tank farm and remove offsite for proper disposal
* Remove all associated piping up to the building and properly dispose of
* Leave all piping support beams embedded in the concrete containment area

| Unit | No. | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | **MOBILIZATION** | | |
| 1 | per | Vacuum Truck, (2) Service Trucks, pressure washers, job trailer, misc. tools and equipment, 4 man team | $ 3,500.00 | $ 3,500.00 |
| | | **PHASE 1 - INTERIOR TANKS** | | |
| 3 | day | Triple rinse, power wash or enter as needed all | $ 3,500.00 | $ 10,500.00 |

| | | interior tanks. (estimated 3 days) | | | | |
|---|---|---|---|---|---|---|
| 12 | per | PPE dress out - (includes tyvek, respiratory filters, rubber and/or leather gloves) | $ | 25.00 | $ | 300.00 |
| 4 | per | Per Diems for first 4 four days, room estimated at $110 + $35 per man | $ | 145.00 | $ | 2,320.00 |

### PHASE 2 - INTERIOR GRATES/FLOORS/WALLS/FLUSH INTERIOR LINES

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | day | Power wash all mixing room grates, walls and floors. Flush all interior product lines | $ | 3,500.00 | $ | 21,000.00 |
| 16 | per | PPE dress out - (includes tyvek, respiratory filters, rubber and/or leather gloves) | $ | 25.00 | $ | 400.00 |
| 4 | per | Per Diems for first 4 four days, room estimated at $110 + $35 per man | $ | 145.00 | $ | 2,320.00 |

### PHASE 3 - CLEAN OUTSIDE TANKS and FLUSH LINES

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | day | Perform cleaning/triple rinsing of all outside tanks including line flushing. Crew to add a 60 ' manlift and 185 cfm air compressor | $ | 4,000.00 | $ | 40,000.00 |
| 20 | per | PPE dress out - (includes tyvek, respiratory filters, rubber and/or leather gloves) | $ | 25.00 | $ | 500.00 |
| 10 | per | Per Diems for first 4 four days, room estimated at $110 + $35 per man | $ | 145.00 | $ | 5,800.00 |

### PHASE 4 - REMOVAL AND DISPOSAL OF ALL TANKS AND LINES IN TANK FARM

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | day | Crew to disassemble all tank piping, remove tanks from tank farm and remove from property for proper disposal | $ | 3,500.00 | $ | 17,500.00 |
| 1 | lump | Lump sum incudes Crane for lifting tanks from farm, boom truck to assist laying tanks over for loading, additional trucking for hauling 22 tanks, excavator for loading tanks for transport after crane leaves | $ | 40,000.00 | $ | 40,000.00 |
| 5 | per | Per Diems for first 4 four days, room estimated at $110 + $35 per man | $ | 145.00 | $ | 2,900.00 |

### DEMOBILIZATION

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | per | Vacuum Truck, (2) Service Trucks, pressure washers, job trailer, misc. tools and equipment, 4 man team | $ | 3,500.00 | $ | 3,500.00 |

**Estimated Total Invoice:** **$ 150,540.00**

**Exclusions/ Assumptions**

## Exclusions/ Assumptions

* All waste materials to be left on site and disposed of by PLZ personnel
* All per diems are at room cost plus $35 for personnel Rooms are estimated at $110 per night but may vary
* HERR does not guarantee total cleanliness of asphalt tanks or mixing room grating, we will pressure wash to the best of our ability including triple rinsing all tanks, inside and out
* Fresh water will be provided by PLZ from outside fire hydrant near tank farm
* PLZ will provide a forklift to be used on site for the duration of work
* PLZ will provide totes for waste and moving clean water as needed around site
* PLZ will provide plant access 7 days per week as work is performed
* HERR crew will work 7 days per week, 10 hours per day until work is completed
* HERR will retain all scrap steel value
* Invoice will not have any additional Energy and Security surcharges
* All tanks and associated piping will be removed and properly disposed of via recycling

## Acceptance:

Name: BOB THORNTON             Title: VP.

Signature: [signed]            Date: 7-31-19