

# Purchase Order

| **Delivery Address** | **Information** | |
|---|---|---|
| Plaze Georgia<br>Dalton<br>149 Kraft Drive<br>DALTON GA  30721<br>USA | Purchase Order No<br>Order Date<br>Vendor No.<br>Currency<br>Supplying Plant<br>Buyer<br>Email<br>Phone<br>Delivery Date | **5500031220**<br>08/21/2019<br>1012267<br>USD<br><br>Schronda Stamper<br>SStamper@plaze.com<br>706-226-1662<br>**08/21/2019** |
| **Vendor Address** | **Bill To** | |
| HAZMAT EMERGENCY RESPONSE REMEDIATION INC<br>303 S. MAULTSBY ST.<br>WHITEVILLE NC  28472<br><br>**Vendor Contact:**<br>Email<br>Fax 910-640-2609 | Attn: Accounts Payable<br>2651 Warrenville Road, Suite 300<br>Downers Grove, IL  60515<br>USA<br>accountspayable@plzaeroscience.com | |

**Payment Terms:** within 30 days Due net
**Terms of Delivery:** Free on board **DESTINATION**

| Item | Material/Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|
| 1 | Mobilization Equipment | 1.000 EA | 3,500.00000 | 3,500.00 |
| 2 | Interior tanks rinse, wash, or enter | 3.000 EA | 3,500.00000 | 10,500.00 |
| 3 | PPE dress out | 12.000 EA | 25.00000 | 300.00 |
| 4 | Per Diems | 4.000 EA | 580.00000 | 2,320.00 |
| 5 | Wash interior grates/floors/walls | 6.000 EA | 3,500.00000 | 21,000.00 |
| 6 | PPE dress out | 16.000 EA | 25.00000 | 400.00 |
| 7 | Per Diems | 4.000 EA | 580.00000 | 2,320.00 |
| 8 | Clean out tanks and flush lines | 10.000 EA | 4,000.00000 | 40,000.00 |
| 9 | PPE dress out | 20.000 EA | 25.00000 | 500.00 |
| 10 | Per Diems | 10.000 EA | 580.00000 | 5,800.00 |

**Purchase Order Number, Line Numbers, and Material Number must appear on all invoices, packing slips, shipping papers and correspondence.**
Do not accept overages of more than 10% on the ordered quantity.
This Purchase Order is limited to the terms and conditions contained in the subsequent pages.  Any additional or different terms proposed by Seller in any quotation, acknowledgement, or any other document are hereby deemed to be material alterations and notice of objection to them is hereby given.  To the extent that a Purchase Order might be treated as an acceptance of Seller's prior offer, such acceptance is expressly made on condition of assent by Seller to the terms hereof and shipment of the Goods by Seller shall constitute such assent.



# Purchase Order

| Item | Material/Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|
| 11 | Crew for removal and disposal | 5.000 EA | 3,500.00000 | 17,500.00 |
| 12 | Equipment for moving tanks. | 1.000 EA | 40,000.00000 | 40,000.00 |
| 13 | Per Diems | 5.000 EA | 580.00000 | 2,900.00 |
| 14 | Demobilization Equipment | 1.000 EA | 3,500.00000 | 3,500.00 |
| | | | **Total** | **150,540.00** |

**Purchase Order Number, Line Numbers, and Material Number must appear on all invoices, packing slips, shipping papers and correspondence.**
Do not accept overages of more than 10% on the ordered quantity.
This Purchase Order is limited to the terms and conditions contained in the subsequent pages.  Any additional or different terms proposed by Seller in any quotation, acknowledgement, or any other document are hereby deemed to be material alterations and notice of objection to them is hereby given.  To the extent that a Purchase Order might be treated as an acceptance of Seller's prior offer, such acceptance is expressly made on condition of assent by Seller to the terms hereof and shipment of the Goods by Seller shall constitute such assent.

**THIS PURCHASE ORDER IS SUBJECT TO SELLER'S ACCEPTANCE OF THE FOLLOWING <u>TERMS</u> <u>AND</u> <u>CONDITIONS</u>**

**I. OFFER AND ACCEPTANCE.** The purchase order and these Terms and Conditions (together "Order") constitute an offer by PLZ Aeroscience Corporation or its subsidary as indicated on the face of the Order ("Buyer") to the seller named in the Order, including its agents and subcontractors ("Seller"). The first to occur of Seller's acknowledgement of this Order or shipment of the goods, products, articles, materials and/or equipment described in the purchase order ("Goods") shall constitute Seller's agreement to the terms and conditions set forth on this Order. If the Buyer and Seller have entered into a binding contract, signed by an authorized representative of Buyer, the contract shall supersede this Order where they conflict and the Order shall supplement the contract where the contract is silent. No other terms, whether or not contained in any bid, estimate, acknowledgment, confirmation or invoice given by Seller, shall in any way modify or supersede a signed contract or any of the terms of this Order or otherwise be binding on Buyer, and Buyer hereby explicitly rejects all such other terms.

**II. QUALITY AND WARRANTY.** Supplier warrants to Buyer that the Goods will (i) be free from any defects in workmanship, materials and design, (iii) be manufactured, packaged, labeled, handled, shipped and stored by Supplier or its agent in a good and workman-like manner at quality levels consistent with industry standards and in accordance with the Specifications (as hereinafter defined), (iv) be fit, safe and effective for their intended uses and purposes, and operate as intended, (v) be free and clear of all liens, security interests or other encumbrances; and (vi) not infringe or misappropriate any letters patent, trademark or copyright issued or granted by the United States or Canada or any other intellectual property rights of any third party. "Specifications" means all applicable specifications, drawings, designs, samples and other requirements specified or accepted by Buyer and quality standards consistent with the parties' course of dealings. The foregoing warranties shall survive inspection, delivery, performance and payment and shall run in favor of Buyer, its successors and assigns and its customers, whether direct or indirect, and users of Buyer' s products. If Seller breaches the foregoing warranties, or fails to perform or comply with any provision of the PO, Seller shall be liable to Buyer for all losses, damages, costs and expenses arising therefrom, including but not limited to obtaining replacement products, sorting out defective products, administrative costs, disposal and freight costs, and lost production time. Buyer expressly retains all its rights and remedies provided by law in the event of such breach or failure. Without limiting the foregoing, Buyer may at its option require Seller to repair or replace any Products (even if located other than at Buyer' s facility), at Seller' s expense, that breach any Seller warranty.

**III. COMPLIANCE WITH LAWS.** Seller warrants that no law, regulation or ordinance of the United States, a State or any other governmental agency or applicable foreign government has been violated in the manufacture or sale of the Goods and will defend and hold Buyer harmless from loss, cost or damage as a result of any such actual or alleged violation. Upon written request by Buyer, Seller agrees to execute and furnish a certification of compliance, which may be on Buyer's form and which shall certify compliance with any application Federal, State and or Local Laws or Regulations.

**IV. REJECTION.** Payment for Goods delivered hereunder shall not constitute acceptance thereof. Buyer shall be entitled to rely on the certificates of analysis to be provided by Seller for the Goods and, whether or not certificates of analysis have been provided, shall not be required to inspect such Goods. Buyer's failure to inspect Goods prior to use shall not constitute acceptance of such Goods, regardless of the passage of a reasonable period of time. Buyer, at its option may require replacement of defective or rejected Goods or a refund of the purchase price, as well as payment of damages, if any.

**V. PRICES.** This Order must not be filled at prices higher than specified herein, or, if Order is unpriced, at prices higher than last charged or quoted. Seller agrees that any price decrease in effect at time of shipment will apply to this Order. In the event that Seller reduces its prices for such Goods during the term of this Order, Seller agrees to reduce the prices hereof correspondingly. Buyer shall not be liable for, and Seller shall be responsible for, any federal, state, local, provincial or foreign or other taxes, duties, customs or assessments of any kind in connection with the manufacture, sale, purchase, transportation, import/export, use or possession of the Goods.

**VI. DELIVERY.** Time is of the essence of this Order. The "Required Delivery Date" shall be the date set forth in the Order unless the delivery date set forth in the Order would occur prior to the agreed to lead time and Seller rejects such delivery date within two business days of receipt of the Order, in which case the Required Delivery Date shall be calculated using the agreed-to minimum lead time. If Seller fails to deliver the Goods in full by the Required Delivery Date, then Buyer shall have the right, without liability and in addition to other rights and remedies, to terminate this Order by notice effective when received by Seller as to Goods not yet shipped and charge Seller with any loss incurred. If Seller fails to deliver the Goods in full by the Required Delivery Date, then Seller shall be liable to Buyer for all losses, damages, costs and expenses arising therefrom, including but not limited to obtaining replacement products, sorting out defective products, administrative costs, disposal and freight costs, and lost production time.

**VII. SHIPMENTS.** Delivery of all chemicals shall include a certificate of analysis. Buyer's purchase order number and part number must appear on all applicable shipping documents, bills of lading, invoices, correspondence and any other documents pertaining to the Order.

**VIII. SAFETY DATA SHEETS.** Suppliers of chemicals must submit a Safety Data Sheet (SDS) with the initial order, at least annually thereafter, and upon any change to the SDS. All SDSs must be submitted by email to SDSMailbox@PLZAeroscience.com.

**IX. TERMINATION.** For Goods that are unique to Buyer, if Seller has not yet started production of Goods, Buyer may terminate this Order or any part thereof without cause. Upon receipt of notice of such termination, Seller shall immediately stop producing all Goods in process, and shall immediately cause any of its suppliers or subcontractors to cease such production. Seller shall not be paid for any Goods processed after receipt of the notice of termination, nor for any costs incurred by Seller's suppliers or subcontractors which Seller could reasonably have avoided. Seller to provide summary of Goods produced if any up to the point of termination. For Goods that are not unique to Buyer, Buyer may terminate this Order or any part thereof without cause. For any Order, Buyer may terminate this Order or any part hereof for cause in the event of any default by the Seller, or if Seller fails to comply with any of the terms and conditions of this Order. Late deliveries, deliveries of products which are defective or which do not conform to this Order, and failure to provide Buyer with adequate assurances of future performance shall all be causes allowing Buyer to terminate this Order for cause. In the event of Buyer's termination for cause,

**THIS PURCHASE ORDER IS SUBJECT TO SELLER'S ACCEPTANCE OF THE FOLLOWING <u>TERMS</u> <u>AND</u> <u>CONDITIONS</u>**

Buyer shall not be liable to Seller for any damages sustained by reason of the termination, and Buyer shall have all rights and remedies provided at law and in equity.

**X. CHANGES.** Seller shall reasonably accommodate Buyer's request to make changes time and place of delivery and method of transportation. If any changes cause an increase or decrease in the cost or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Seller agrees to accept any such changes subject to this paragraph.

**XI. SOCIAL RESPONSIBILITY AND BUYER'S VALUES.** Buyer establishes its expectations for its suppliers in PLZ's Supply Chain Code of Conduct (found at https://plzaeroscience.com/supply-chain-code-of-conduct/ and updated periodically). Seller warrants that it is in compliance with, and requires its employees and permitted subcontractors and any person under its control to comply with, PLZ's Supply Chain Code of Conduct and all applicable Laws relating to ethical and responsible standards of behavior, including, without limitation, those dealing with human rights (including, without limitation, human trafficking and modern slavery), environmental protection, sustainable development and bribery and corruption ("Social Responsibility Laws").  Seller has adopted and implemented appropriate and effective policies and controls to ensure compliance the Social Responsibility Laws. Failure to comply with PLZ's Supply Chain Code of Conduct may result in termination of this Order for cause.

**XII. CONFIDENTIALITY.** Seller shall consider all information furnished by Buyer, including the existence of this Order, to be confidential and shall not disclose any such information to any other person, or use such information itself for any purpose other than performing this Order, unless Seller obtains written permission from Buyer. Upon the expiration or earlier termination of this Agreement, or upon Buyer's request, Seller agrees promptly to return to Buyer all documents or other tangible materials containing and/or embodying any of the Information (including, without limitation, all copies, reproductions, summaries and notes of the contents thereof), and to certify that all such Information has been returned to Buyer or disposed of in a manner approved by Buyer.

**XIII. FORCE MAJEURE.** Neither party will be liable for any delay or failure in performing its obligations under the Order (including failure to take delivery of the Goods) to the extent that such delay or failure is caused, without such party's fault or negligence, by a Force Majeure Event. For purposes of these Terms, a "Force Majeure Event" refers to the occurrence of unforeseeable and/or unavoidable circumstances beyond a party's control that, by their nature, make such party's performance commercially impractical, including, but not limited to, acts of God or the public enemy, fire, flood, acts of war, government action, accident, earthquakes, explosion, epidemic, invasion, hostilities, terrorist acts, riots, strike, embargoes or industrial disturbances. A party's economic hardship or changes in market conditions are not considered Force Majeure Events excusing such party's performance. Seller will use all diligent efforts to end the failure or delay of its performance, ensure that the effects of any Force Majeure Event are minimized and resume performance under the Order. If a Force Majeure Event prevents Seller from carrying out its obligations under the Order for a continuous period of more than thirty (30) days, Buyer may terminate the Order immediately by giving written notice to Seller.

**XIV. INDEMNIFICATION.** Seller agrees to indemnify, defend and hold harmless Buyer its directors, officers, employees and agents from and against any and all damages, losses, liabilities, expenses, claims, demands, sites, penalties or judgments or administrative or judicial orders (including reasonable attorneys' fees and expenses) arising out of or resulting in any way from (i) Seller's manufacture and/or supply of Goods to Buyer, (ii) any defect in the Goods, (iii) the negligence or willful misconduct of Seller, its agents or employees, and (iv) Seller's breach of any representation, warranty, covenant or other obligation hereunder. Seller's obligation to indemnify will survive the expiration or termination of the Order by either party for any reason. Seller may, at its option, conduct the defense of any third-party action and Buyer will cooperate with Seller's defense as reasonably requested.

**XV. INSPECTION RIGHTS.** Upon reasonable notice to Seller, Buyer or Buyer's contractors may inspect Seller's plants where Goods are manufactured. If any such inspection reveals that the processes, procedures, or practices used by Seller fail to conform to this Order, Seller shall upon demand by Buyer immediately take all reasonable corrective measures. Buyer's inspection shall not affect or release Seller from any of the obligations of Seller with respect to the Goods.

**XVI. PUBLIC DISCLOSURE.** Neither party shall make any public statement, announcement or disclosure to third parties concerning the existence of this Agreement or its terms without the prior written approval of the other party.

**XVII. ASSIGNMENT.** No part of this Order may be assigned or contracted by Seller without the prior written approval of Buyer.

**XVIII. SETOFFS.** All claims for money due or to become due from Buyer shall be subject to deduction or setoff by the Buyer by reason of any counterclaim arising out of this or any other transaction with Seller.

**XIX. WAIVER.** Buyer's failure to insist on performance of any terms or conditions herein or to exercise any right or privilege or Buyer's waiver of any breach hereunder shall not thereafter waive any other terms, conditions, or privileges, whether of the same or similar type.

**XX. GOVERNING LAW.** This Order shall be governed and construed by the substantive federal and state law of the state of Illinois excluding its conflict of laws principles. Buyer and Seller consent to the exclusive jurisdiction of the federal and state courts in Cook County, Illinois, for any dispute related to or arising out of this Order.

**XXI. ENTIRE AGREEMENT.** This Order and any documents signed by both parties constitute the entire agreement of the parties.