## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| BRIAN DICKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:20-cv-03618-CC |
| | ) | |
| PLZ AEROSCIENCE | ) | |
| CORPORATION | ) | |
| and HAZMAT EMERGENCY | ) | |
| RESPONSE | ) | |
| AND REMEDIATION, INC. | ) | |
| | ) | |
| Defendants. | | |

### DEFENDANT HAZMAT EMERGENCY RESPONSE AND REMEDIATION, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT PLZ AEROSCIENCE CORPORATION'S CROSS CLAIM

HAZMAT EMERGENCY RESPONSE AND REMEDIATION, INC. ("Hazmat") files this Answer and Affirmative Defenses to Defendant / Cross Claimant PLZ Aeroscience Corporation's ("PLZ") Cross Claim showing the Court as follows:

### FIRST DEFENSE

The cross claim fails to state a claim upon which relief can be granted against Defendant Hazmat.

1

## SECOND DEFENSE

Further answering the numbered paragraphs of plaintiff's Complaint, Defendant Hazmat answers as follows:

## JURISDICTION AND VENUE

### 1.

Defendant Hazmat can neither admit nor deny the allegations contained in paragraph 1 of the cross claim for want of sufficient information to form a belief as to the truth thereof and puts plaintiff upon strict proof of the same.

## FACTUAL ALLEGATIONS

### 2.

Defendant Hazmat admits that plaintiff has initiated an action against Defendant Hazmat.  Defendant Hazmat denies all negligence.

### 3.

Defendant Hazmat repeats and reincorporates herein responses to plaintiff's allegations contained in paragraphs 1 through 24 as if fully restated herein.

## RESPONSE TO COUNT I – CONTRACTUAL INDEMNIFICATION

**4.**

Defendant Hazmat repeats and reincorporates herein responses to Defendant / Cross Claimant PLZ's allegations contained in paragraphs 1 through 3 as if fully restated herein.

**5.**

Defendant Hazmat admits only that it entered into a contract with Defendant / Cross Claimant PLZ regarding work at the manufacturing facility in Dalton, Georgia.   Defendant Hazmat denies the remaining allegations contained in paragraph 5 of the cross claim.

**6.**

Defendant Hazmat admits only that the contents of the contract alleged by Defendant / Cross Claimant PLZ are accurate.   Defendant Hazmat denies committing any negligence or willful misconduct that would trigger the cited indemnification clause.

**7.**

Defendant Hazmat admits only that plaintiff's complaint contains the allegations alleged by Defendant / Cross Claimant PLZ.  Defendant Hazmat denies committing any negligence.

**8.**

Defendant Hazmat denies the allegations contained in paragraph 8 of the cross claim.

**9.**

Defendant Hazmat denies the allegations contained in paragraph 9 of the cross claim.

**10.**

Defendant Hazmat denies the allegations contained in paragraph 10 of the cross claim.

**11.**

Defendant Hazmat denies the allegations contained in paragraph 11 of the cross claim.

## RESPONSE TO COUNT II – COMMON LAW INDEMNIFICATION OR CONTRIBUTION

**12.**

Defendant Hazmat repeats and reincorporates herein responses to Defendant / Cross Claimant PLZ's allegations contained in paragraphs 1 through 11 as if fully restated herein.

**13.**

Defendant Hazmat denies that Defendant / Cross Claimant PLZ is entitled to contribution and/or indemnity from Defendant Hazmat under any theory of law.

**14.**

Defendant Hazmat denies that Defendant / Cross Claimant PLZ is entitled to contribution and/or indemnity from Defendant Hazmat under any theory of law.

**15.**

Defendant Hazmat denies that Defendant / Cross Claimant PLZ is entitled to contribution and/or indemnity from Defendant Hazmat under any theory of law.

**RESPONSE TO COUNT III – DECLARATORY JUDGMENT**

**16.**

Defendant Hazmat repeats and reincorporates herein responses to Defendant PLZ's allegations contained in paragraphs 1 through 15 as if fully restated herein.

**17.**

Defendant Hazmat denies that Defendant / Cross Claimant PLZ is entitled to declaratory judgment under any theory of law.

In response to the "WHEREFORE" paragraph immediately following paragraph 17, including subparagraphs (1) through (9), of Defendant / Cross Claimant PLZ's cross claim, Defendant Hazmat denies that it is liable to Defendant

/ Cross Claimant PLZ and denies that Defendant / Cross Claimant PLZ is entitled to any relief from Defendant Hazmat under any theory of law or in equity.

WHEREFORE, having fully listed their defenses and having fully answered the cross claim of Defendant / Cross Claimant PLZ, Defendant Hazmat prays as follows:

(a)     That judgment be entered in favor of Defendant Hazmat and against Defendant / Cross Claimant PLZ on the cross claim;

(b)     That the costs of this action, including attorney fees, be cast against plaintiff; and

(c)     That the Court grant such other and further relief as it may deem just and proper.

This 20th day of October, 2020.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Thomas B. Ward*
Thomas B. Ward
Georgia Bar No. 153081
Aaron P. Miller
Georgia Bar No. 898190

*Attorneys for Defendant Hazmat Emergency Response and Remediation, Inc.*

6

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
Email: tward@fmglaw.com
Email: amiller@fmglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing ***DEFENDANT HAZMAT EMERGENCY RESPONSE AND REMEDIATION, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT PLZ AEROSCIENCE CORPORATION'S CROSS CLAIM*** with the ECF e-file system which will automatically send e-mail notification of such filing to the following counsel of record:

R. Scott Masterson, Esq.
Daniel C. Norris, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
Daniel.norris@lewisbrisbois.com
Scott.masterson@lewisbrisbois.com

Michael L. Goldberg, Esq.
Eric J.D. Rogers, Esq.
Fried Goldberg, LLC
Michael@friedgoldberg.com
Eric@friedgoldberg.com

Calena R. Brice, Esq.
The Brice Law Firm, LLC
thebricelawfirm@gmail.com

This 20th day of October, 2020.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Thomas B. Ward*
Thomas B. Ward
Georgia Bar No. 153081
Aaron P. Miller
Georgia Bar No. 898190

*Attorneys for Defendant Hazmat Emergency Response and Remediation, Inc.*

8

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
Email: tward@fmglaw.com
Email: amiller@fmglaw.com