# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRIAN DICKERSON,<br><br>  Plaintiff,<br><br>vs.<br><br>PLZ AEROSCIENCE CORPORATION n/k/a PLZ. CORP. and HAZMAT EMERGENCY RESPONSE AND REMEDIATION, INC.,<br><br>  Defendants. | CIVIL ACTION<br><br>FILE NO.: 1:20-cv-03618-MHC |

## DEFENDANT PLZ CORP.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rules 7 and 56, PLZ Corp. ("PLZ"), by and through its attorneys, hereby moves for summary judgment on all claims asserted by Plaintiff. In support of this motion, PLZ submits a Statement of Undisputed Material Facts and a supporting Memorandum of Law.

Respectfully submitted this 14th day of April, 2022.

|  |  |
|---|---|
| Lewis, Brisbois, Bisgaard & Smith, LLP<br>600 Peachtree Street<br>Suite 4700<br>Atlanta, Georgia 30308<br>T: (404) 476-2012<br>F: (404) 467-8845<br>scott.masterson@lewisbrisbois.com<br>robert.hoskyn@lewisbrisbois.com | */s/ Robert W. Hoskyn*<br>R. Scott Masterson<br>Georgia Bar No. 476356<br>Robert W. Hoskyn<br>Georgia Bar No. 368375<br><br>*Attorneys for Defendant PLZ Corp.* |

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B.  This motion has been prepared in Time New Roman font, 14 point.

By:/s/ Robert W. Hoskyn
**ROBERT W. HOSKYN**
Georgia Bar No. 368375

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **DEFENDANT PLZ CORP.'S MOTION FOR SUMMARY JUDGMENT** via CM/ECF System upon all parties, which will automatically send a copy of the foregoing to all counsel of record, as follows:

Michael L. Goldberg
Eric J.D. Rogers
Fried Goldberg LLC
Three Alliance Center
3350 Lenox Road, N.E.
Atlanta, Georgia 30326

Thomas B. Ward
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

Respectfully submitted this 14th day of April, 2022.

/s/ Robert W. Hoskyn
R. Scott Masterson
Georgia Bar No. 476356
Robert W. Hoskyn
Georgia Bar No. 368375

*Attorneys for Defendant PLZ Corp.*

Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Street
Suite 4700
Atlanta, Georgia 30308
T: (404) 476-2012
F: (404) 467-8845
scott.masterson@lewisbrisbois.com
robert.hoskyn@lewisbrisbois.com