# Exhibit 1 to PLZ Corp.'s
# Memorandum of Law in Support of its
# Motion for Summary Judgment



Deposition of:

**Brian Dickerson**

*June 18, 2021*

In the Matter of:

**Dickerson, Brian v. PLZ Aeroscience Corporation**

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 1

1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
2                       ATLANTA DIVISION
3
    BRIAN DICKERSON,
4                       Plaintiff
5            vs.                    CIVIL ACTION FILE
                                   NO. 1:20-cv-03618-CC
6   PLZ AEROSCIENCE CORPORATION and
    HAZMAT EMERGENCY RESPONSE AND
7   REMEDIATION, INC.,
                        Defendants
8
9
10
11
12
13
14      VIDEOTAPED DEPOSITION OF BRIAN DICKERSON
15             Friday, June 18, 2021
16                   10:15 a.m.
17                3550 Lenox Road NE
18                 Atlanta, Georgia
19          Heather S. Cruz, RPR, CCR-2727
20
21
22
23
24
25

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 14

1      Q.   All right.  What's next?

2      A.   I went to work for my brother in 2018.  For

3  CND.  Excuse me.  In 2018.

4      Q.   Is CND named after your brother and

5  sister-in-law?

6      A.   It's actually my brother's initials.

7      Q.   Oh, it is.  Because his wife's name starts with

8  a C.  I didn't know if it was --

9      A.   Yeah.  His name is Charles Noel Dickerson.

10     Q.   Okay.  So CND is his --

11     A.   Yeah.

12     Q.   When did he start that company, do you know?

13     A.   I want to say '14 or '15.

14     Q.   Were they always doing sort of the same thing

15  that they were doing on this job, doing decommission of

16  plants and stuff like that?

17     A.   Yes.  Well, yeah.  They build stuff and install

18  stuff and decomm stuff.  Yeah.

19     Q.   They put it in and take it out?

20     A.   Yeah.

21     Q.   And why did you decide to go work with your

22  brother?

23     A.   Oh, he asked me.  He needed some help, so.

24     Q.   And you needed work, so it worked out?

25     A.   Yeah.

Brian Dickerson                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 24

1      Q.   All right.  So he was -- he's cutting the

2   various equipment on that job?

3      A.   Yes, sir.

4      Q.   Had you been on -- is your first day on the

5   job, or had you been working out there for a while?

6      A.   I had been working out there for a while.

7      Q.   How long?

8      A.   Since the first Monday of January.  I'm not

9   sure what day it was.

10      Q.   That's all right.  You'd been there a month or

11   so anyway?

12      A.   Yes, sir.

13      Q.   Okay.  All right.  I'm back -- I'm back to

14   workers' comp evaluation.

15      A.   That's fine.

16      Q.   I don't mean to jump around on you.

17           So you get -- so you talked to the -- you

18   talked to the doctor.  You said his name.  I've lost it.

19      A.   Brandigi.

20      Q.   Brandigi.  And then you go see -- he doesn't

21   sign off on workers' comp or whatever.  All he says is

22   you need to stay away from UV?

23      A.   Yes.

24      Q.   Which I guess you heard as welding arc?

25      A.   No.  I said -- we talked about going, you know,

Brian Dickerson                               June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 55

1      Q.   Pry bar, just what I think of like a crowbar
2  kind of thing?
3      A.   Yes, sir.
4      Q.   Okay.  Did the grinders attach -- are they
5  fueled by something electric or are they --
6      A.   They're -- they're corded.
7      Q.   Oh.  They're corded.  Okay.
8           Anything else you can remember?
9      A.   No, sir.
10     Q.   What type of safety equipment did CND have on
11  the job that day?
12     A.   They had two air monitors.  And they had -- we
13  had -- I want to say like three or four fire
14  extinguishers.
15     Q.   Were the fire extinguishers brought to the job
16  by CND?
17     A.   Yes, sir.
18     Q.   And then you said air monitors.  Are these
19  things that individuals wear, or are they area monitors,
20  what are they?
21     A.   They're area monitors.
22     Q.   And you remember them being there that day?
23     A.   Yes, sir.
24     Q.   And did CND bring those monitors with them?
25     A.   Yes.

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 56

1          Q.   Did they own them, rent them, how did that

2     work?

3          A.   They owned them.

4          Q.   So they came in a -- the truck with you or your

5     brother, or however they got there?

6          A.   Yes.

7          Q.   All right.  And do you have a specific

8     recollection of their being two air monitors in the room

9     with you on the day of the fire?

10         A.   No.

11         Q.   You do not?

12         A.   No.

13         Q.   Why not?

14         A.   I just don't know where the second one was at.

15    I know the first one was in there on the eye wash

16    station.

17         Q.   And do you know whether or not at any point

18    that time there was one or -- in there or not?

19         A.   I opened a brand new one that morning and I

20    gave it to my brother.

21         Q.   All right.  So you took a air monitor out of a

22    box?

23         A.   Yes, sir.

24         Q.   And gave it to your brother?

25         A.   Yes.

Brian Dickerson                           June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

                                                        Page 58

1        Q.   I understand where you're going, it's just

2    she's -- let me get it out, and then you can answer.

3        A.   I'm sorry.

4        Q.   It was brand new and you opened the box and

5    gave it to your brother you said?

6        A.   Yes, sir.

7        Q.   All right.  And the box that you opened, did

8    you read anything on it before you or while you were

9    opening it?

10       A.   No.

11       Q.   Had you used air monitors before?

12       A.   Yes, sir.

13       Q.   So you were familiar with how this thing

14   worked?

15       A.   Yes, sir.

16       Q.   Had you used the same air monitors before, or

17   is this a new kind?

18       A.   No.  It's the same kind.

19       Q.   All right.  So you were familiar with its

20   operation?

21       A.   Yes, sir.

22       Q.   How does it work?

23       A.   Basically you just turn it on and it's already

24   pre-set for to pick up any gasses.  So all you have to do

25   is press power.

Brian Dickerson                         June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 59

1       Q.   All right.  So the -- this monitor that you

2    took out of the box, is this something you did at the

3    beginning of the shift?

4       A.   Yes, sir.

5       Q.   So at or before 7:00 a.m.?

6       A.   Yes, sir.

7       Q.   Then what did your brother do with it when you

8    handed it to him?

9       A.   He went in -- I guess they went in the room to

10   work.  Into Room 2 to work.

11      Q.   In the mixing room?

12      A.   Yes, sir.

13      Q.   So where were you when you opened the box and

14   handed it to him?

15      A.   On the outside of the room in the warehouse

16   area.  There's some shelves --

17      Q.   Okay.

18      A.   -- that we had our tools and stuff stored near,

19   and it was right there.

20      Q.   All right.  So it sounds like -- you said you

21   had been there about a month.  You guys kept your tools

22   there day-to-day or overnight --

23      A.   Yes, sir.

24      Q.   -- and then came back to the job?

25           I mean you were sort of -- you were doing that

Page 62

1      Q.   PL -- no PLZ employee or contractor of PLZ told

2   you how to do your job?

3      A.   No.

4      Q.   They didn't train you how to do your job?

5      A.   No.

6      Q.   They didn't like tell you which materials to

7   use and which materials not to use?

8      A.   No.

9      Q.   They didn't tell you wear this safety

10  equipment, use this safety equipment --

11     A.   No.

12     Q.   -- right?

13     A.   They didn't say anything like that.

14     Q.   All of that information came from your brother,

15  Noel Dickerson?

16     A.   That's correct.

17     Q.   Because he was your employer?

18     A.   Yes.

19     Q.   Did you have any kind of formal training at CND

20  once you started working there?

21     A.   Yes, sir.

22     Q.   Tell me about that.

23     A.   I was forklift certified and fire extinguisher

24  certified.  Confined space.  I can't remember the rest of

25  them.  But yeah.  They gave me kind a bit of training.

Brian Dickerson                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 80

1        A.    No.  We didn't have lunch together.

2        Q.    You just ate?

3        A.    Yeah.

4        Q.    All right.  And then do you know what -- well,

5    who was in the Mixing Room 2 from 7:00 a.m. to noon?

6        A.    That would have been Noel, Jason, and

7    Roderick.

8        Q.    And once the work begins by CND, one of the

9    things CND is suppose to do is to monitor the air, that's

10   why you handed your brother that air monitor?

11       A.    Correct.

12       Q.    After the work starts that CND is doing, it's

13   CND's responsibility to monitor the air to keep people in

14   that area safe?

15       A.    Yes.

16       Q.    Nobody from PLZ or anybody else is suppose to

17   stand in there and monitor the air, correct?

18       A.    Correct.

19       Q.    So from 7:00 a.m. to noon, whatever they did in

20   the room, I mean you understood they were dismantling,

21   but you don't have any knowledge related to specifically

22   what they did?

23       A.    Correct.

24       Q.    All right.  But presumably they're doing the

25   same thing that they were doing in the afternoon; taking

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 84

1   get in here and help me?

2        A.   Well, I wasn't suppose to be -- I was suppose

3   to have been in there in the morning, and then something

4   came up and someone from PLZ asked him to get the stuff

5   off of the concrete pad, so he assigned me to do it.

6        Q.   I see.  But what -- why was it important that

7   you be in there?  What was your function, I guess is what

8   I'm asking you?

9        A.   I really don't know.  I mean like I was doing

10  fire watch.  You know, I was standing behind him.  That's

11  when the accident happened.  But they had been working in

12  there just the three of them up until then, you know, so

13  and there was, you know --

14       Q.   Do you know why you needed the fourth guy,

15  whether it's you or somebody else?

16       A.   It's just best to have four people.

17       Q.   That's what I'm getting at.  Why?

18       A.   Yeah.  Because I had my -- I was up on the

19  platform and Roderick was down on the ground, so that way

20  we can cover, you know.

21       Q.   Yours and Roderick's job was to prevent

22  fires?

23       A.   Yes.

24       Q.   All right.  So fire watch I think you called

25  it?

Brian Dickerson                        June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 85

1          A.    Yes.

2          Q.    All right.  So there's -- I've seen the

3     photographs.  I know you were there, so you've seen it,

4     too.  There's a -- there's a ground floor, right?

5          A.    Yes, sir.

6          Q.    And that is I think made out of concrete?

7          A.    That's correct.

8          Q.    It looks like it.  And then there is sort of

9     metal grated mezzanine level?

10          A.    Yes, sir.

11          Q.    Right.  So it's like metal platforms that you

12     can walk on with holes in them.  I'm just trying to

13     describe it for the record.

14          A.    Yes.

15          Q.    And above that mezzanine level is or was at

16     least some pipes and stuff, and then the I-beams that

17     were structural that you described earlier around this

18     mixing tank were sort of going around the tank and up to

19     there?

20          A.    Yes, sir.

21          Q.    It'd probably be better if we just introduced a

22     picture, but I don't have one.

23               But you were working on that mezzanine level, I

24     guess --

25          A.    Yes, sir.

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 87

1        Q.   But I guess what I was asking you is was it

2    within eyesight of you?

3        A.   No.

4        Q.   Was it within eyesight of your brother?

5        A.   No.

6        Q.   Could you hear it if it alarmed?

7        A.   Yes.

8        Q.   Was it loud?  Had you ever heard it alarm?

9        A.   Oh, yeah.

10       Q.   What's it sound like?

11       A.   It's a loud beep.

12       Q.   I mean you know you need to go look and see

13   what its reading --

14       A.   Yes.  I mean it will get your attention.

15       Q.   Okay.  And in terms of a second one being, you

16   know, around where the work was happening, meaning where

17   you and your brother were on the mezzanine or down where

18   Roderick was, you don't know one way or the other whether

19   there was a second monitor there?

20       A.   Correct.

21       Q.   And from 1:30 to 4:30, did the monitor alarm?

22       A.   No.

23       Q.   What's the range of it, do you know?

24       A.   I don't know.

25       Q.   Who made the decision on where it was sitting,

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 90

1        Q.   When was that?

2        A.   4:20.  Something like that.

3        Q.   A better question would have been how long was

4   he cutting before the fire started?

5        A.   Oh, just a second.

6        Q.   Well, 4:20 to 4:30 or?

7        A.   Well, as soon as the first cut he made, the

8   very first -- started cutting the very first piece of

9   slag that fell was the ignition.

10       Q.   All right.  So slag falls where, all way to the

11   ground?

12       A.   Yes.  It fell all the way to the ground.

13       Q.   To the concrete?

14       A.   Yes.

15       Q.   Roderick is down there?

16       A.   Yes.

17       Q.   What does he do?

18       A.   Well, so when the slag fell, this -- the --

19   there was a big blue ball of flames underneath us.

20   Right.  You know, so when that started, everybody took

21   off.  The lights went out and the roll-up door went

22   down.

23       Q.   Let me -- here's what I mean.  Like isn't the

24   reason you have a fire extinguisher or fire -- or a water

25   hose to cool off the slag?

Brian Dickerson                          June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 91

1      A.   Yeah.  But with a flash fire, you don't have

2   that opportunity to use it.

3      Q.   We'll get back to that.  I understand what

4   you're saying.  I'm just saying is that the reason --

5      A.   That's correct.

6      Q.   -- that it was there --

7      A.   Yes.

8      Q.   -- Roderick was suppose to put out the -- I

9   mean if it's hot metal, he's suppose to cool it off with

10  the hose or a fire extinguisher?

11     A.   That's correct.

12     Q.   If there's a little fire for whatever reason,

13  he's suppose to use the fire extinguisher and put it

14  out?

15     A.   Yes.

16     Q.   The fire extinguishers that CND brought, were

17  they capable of putting out this kind of fire?

18     A.   Yes.

19     Q.   But I guess the sprinklers came on, too?

20     A.   Yes.

21     Q.   All right.  So when -- how long was the slag on

22  the ground before you were burned?

23     A.   Almost instantly.  It was, you know, it was

24  instantly.

25     Q.   Did you -- were you burned on the mezzanine

Veritext Legal Solutions
800.808.4958                                      770.343.9696

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 92

1    level or down on --

2         A.   Both.

3         Q.   Did it -- that's what I'm trying to say.  Did

4    you run -- you ran down the stairs, I think?

5         A.   Yes, sir.

6         Q.   How long did the fire burn total, do you

7    know?

8         A.   Maybe six seconds.

9         Q.   Okay.  So you're up there on the mezzanine.

10   You feel burn, I guess?  I mean --

11        A.   Yeah.

12        Q.   -- you see -- you see the flame you said?

13        A.   Well, this big black cloud of smoke came up and

14   it choked me out.

15        Q.   That was first?

16        A.   That was first.  But and the heat came with the

17   smoke of course.

18        Q.   All at once I guess?

19        A.   All at once.

20        Q.   And that's -- the smoke is what sent you down

21   the stairs?

22        A.   Yes.  But my face was -- I felt my face get

23   burned, you know, from the heat underneath me.

24        Q.   Well, you had soot on your face, too?

25        A.   Yeah.

Brian Dickerson                                June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 93

1        Q.   I mean I saw the photographs.  So that's what

2    you're talking about?

3        A.   Yes.

4        Q.   So when that comes, you go down the stairs?

5        A.   Yes.

6        Q.   And do you think that you got burned more when

7    you got to the -- down on the ground level, too?

8        A.   Yes.

9        Q.   What part of your body then, the lower part?

10       A.   Yeah.  My knees and my back and my neck and all

11   that.

12       Q.   Okay.  That happened once you went down the

13   stairs, you believe?

14       A.   Yes.

15       Q.   I see.  But when the slag hits the ground, did

16   Roderick or anybody on the crew put water or fire

17   extinguish or --

18       A.   No.

19       Q.   -- on it?

20       A.   They ran.

21       Q.   Where did they run to?

22       A.   They ran outside of the room.  Out the -- out

23   the door that was open.

24       Q.   Yeah.

25       A.   They ran out that door.

Brian Dickerson                                June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 107

1    them, then the waste water ran on the ground.

2           There was 10 pipes.  Two-inch pipes.  And I

3    told them that it was after that that he started

4    welding -- or I mean cutting with the torch.  And then

5    the very first piece of slag that fell ignited the

6    ground.

7       Q.   All right.  So let's -- so you're saying some

8    waste water came out of the pipes when he moved the ones

9    that you were talking about for the forklift?

10      A.   Yes, sir.

11      Q.   All right.  When he cut the waste -- well, when

12   he cut the pipe and this water, whatever it was, came out

13   of these pipes, did the multi gas meter alarm?

14      A.    No.  He used a pipe wrench to unscrew the

15   pipes.

16      Q.   Well, I'm just asking where did the water go,

17   on the ground?

18      A.    On the ground.

19      Q.   On the concrete?

20      A.    Yes, sir.

21      Q.   After that happened, or upon the release of

22   that waste water, was there any alarm by the --

23      A.    No.

24      Q.   -- the meter?  I mean assuming it was on,

25   right?

Brian Dickerson                           June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 108

1          A.   Yes.

2          Q.   All right.  If it had been on and there had

3     been combustible gasses coming from, what's suppose to

4     happen?

5          A.   It should go off.

6          Q.   Right.  So did your brother stop when the water

7     happened and go and talk to PLZ and ask about it?

8          A.   No.

9          Q.   Did he do any kind of -- did he take the meter

10    over there close to it to make sure it was --

11         A.   No.

12         Q.   Did he do any kind of testing of the water to

13    make sure it wasn't going to be combustible before he lit

14    his torch?

15         A.   No.

16         Q.   Do you think he should have?

17         A.   No.

18         Q.   Why not?

19         A.   Because the safety guy said that there wasn't

20    nothing in the room flammable.

21         Q.   Do you know -- who said that?

22         A.   Well, when they tell you to go in the room and

23    they sign the hot work permit, then you're going on them.

24    Being Duane Miller.

25         Q.   Okay.  I got it.  All right.

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 110

1        Q.   I mean assuming they did their job right.

2        A.   That you're just -- you're assuming.  I

3   don't -- I wasn't in there.

4        Q.   I understand.  I'm just saying this is how the

5   process is suppose to work?

6        A.   Okay.  Yes, sir.

7        Q.   All right.  So you start with -- you start with

8   the environment that they've both tested when there's

9   nothing combustible in it, right?

10       A.   Correct.

11       Q.   All right.  Later in the day after lunch, it

12  sounds like your brother cut through some pipe and some

13  water came out, right?

14       A.   Yes.

15       Q.   All right.  And when that happened, Mr. Miller

16  was not there?

17       A.   Correct.

18       Q.   Nobody from PLZ knew that happened when it

19  happened because your brother didn't tell them; only your

20  brother knew and the other men in the room, right?

21       A.   Yes.

22       Q.   What I'm saying is is at that point, did your

23  brother test that material with his meter?

24       A.   No.

25       Q.   All right.  If he had tested that material with

Brian Dickerson                      June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 111

1  his meter and it was combustible, there were fumes coming

2  off of it or it was -- it was -- whatever causes a flash

3  fire, you would expect the meter to catch it, right?

4       A.    Correct.

5       Q.    That's what the meter is for?

6       A.    Right.

7       Q.    All right.  And instead of doing any testing of

8  that material that came out of the pipes, that's the only

9  thing new that you know of that entered the environment,

10 right?

11      A.    Yes.

12      Q.    The only other thing that could have created

13 some type of gas that is combustible is if, I'm not

14 asking whether it's true or not, but if there was a leak

15 in the acetylene and oxygen tank?

16      A.    But it wouldn't in a ventilated room.

17      Q.    Fair enough.  I'm just saying the only two

18 sources that you know of --

19      A.    Yes, sir.

20      Q.    -- of volatile or combustible material -- fumes

21 is from one of those two tanks coming through the hose,

22 that's combustible if it was leaking, right?

23      A.    Yes.

24      Q.    And the other thing that's combustible is if

25 that material, waste water material is combustible or has

Brian Dickerson                          June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 123

1        Q.   No -- from 1:30 to 4:30, no fire

2    extinguisher?

3        A.   That's correct.

4        Q.   What was the water hose used for?

5        A.   Just spraying down the ground.

6        Q.   When did that happen?

7        A.   Probably -- I don't know.  I know that we -- I

8    sprayed the ground down from where I was at.  And then he

9    sprayed the ground down as well.

10       Q.   But when, when did -- did you do this before --

11       A.   We just do it periodically while we're

12   working.

13       Q.   Why?

14       A.   To keep little fires from starting.

15       Q.   Okay.  And this is fresh water?

16       A.   Yes.

17       Q.   I mean in the hose?

18       A.   In the hose.  It's coming from a spigot.

19       Q.   After the whatever the waste water or wash

20   water came out of the pipes, did you wash it off?

21       A.   No.

22       Q.   Why not?

23       A.   There's no need to.  I mean there's just so

24   much.  It was such a dirty, you know, work site that we

25   just did it at the end of the day.  We'd sweep it down.

Brian Dickerson                                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 124

1        Q.   What I mean is whatever this material is comes

2    out of the pipe, right?  I mean did you have a

3    understanding of what use to happen at that plant before

4    you started -- it started being decommissioned?

5        A.   Yes.

6        Q.   What did they do?

7        A.   They made insecticides and spray cleaners and

8    car auto stuff and things like that.

9        Q.   Did you know at some point there had been

10   chemicals and other things that went through those

11   lines?

12       A.   Yes.

13       Q.   All right.  So when the stuff comes out of

14   the -- out of the pipes, you said you called it waste

15   water, right, gray water?

16       A.   Yes.

17       Q.   Did you -- did anybody like wash it off or wash

18   it -- dilute it or anything like that?

19       A.   No.

20       Q.   It just sat wherever it landed?

21       A.   Yup.

22       Q.   How far away was it from where this slag would

23   have hit?

24       A.   It was directly beneath us.

25       Q.   Okay.  So that when you -- when you're spraying

Brian Dickerson                    June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 125

1    down with the water hose, you've got a water hose in your

2    hand.  Did you have a water hose in your hand when the --

3    when this material came out of the pipe?

4         A.   No.

5         Q.   How much was it?

6         A.   It was 10 pipes.  Probably 30 gallons.

7         Q.   30 gallons of water?

8         A.   Yeah.

9         Q.   Was it standing water?

10        A.   Yeah.  It was standing water.

11        Q.   Okay.  You didn't have any concern at all about

12   that?

13        A.   No.

14        Q.   All right.  So how big is this room?

15        A.   Probably 40 by 60.

16        Q.   Something like that.  And you believe there was

17   standing water on the ground?

18        A.   I know.  Yes.

19        Q.   And the forklift is sitting there?

20        A.   Yes.

21        Q.   How high -- how high -- how deep is it?

22        A.   It's this deep.

23        Q.   Three or four inches?

24        A.   Yeah.  It's not the whole room.  There's low

25   spots where there's drains, but the drains were clogged

Brian Dickerson                          June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 128

1    inches or three inches of water the whole room.  It's a

2    puddle?

3         A.   Yes.

4         Q.   Okay.  And you think it's three or four inches

5    deep?

6         A.   I think three inches deep.

7         Q.   Okay.

8         A.   I mean, you know, the reason I say that it

9    would come in my boots sometimes.  Like around my, you

10   know, where the tongue of your boot goes in and my feet

11   would get wet.

12        Q.   Did that happen that day?

13        A.   No.

14        Q.   Well, you were also standing up on the thing,

15   right?

16        A.   Right.

17        Q.   Is the forklift in the water?

18        A.   Yes.

19        Q.   All right.  So we -- I'm jumping around a

20   little bit.  So we got -- we got Jason in the forklift.

21   We talked about him.  Last person Roderick is standing on

22   the ground level.  Is he standing in water?

23        A.   Yes.

24        Q.   And after that came out, you didn't see him

25   doing anything to spray water on that, dilute that, or

Brian Dickerson                          June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 129

1    anything like that?

2         A.   No.

3         Q.   He's just standing there?

4         A.   He took off when the fire ignited.

5         Q.   No.  No.  No.  From when the material comes out

6    of the pipe until your brother lights the torch.

7         A.   Yes.  He's just standing there.

8         Q.   Standing there with a hose or extinguisher in

9    his hand?

10        A.   With a hose in his hand.

11        Q.   Okay.  And his job is if there's a fire to do

12   something about it?

13        A.   That's correct.

14        Q.   Is this a pressured hose or just a water hose

15   or what?

16        A.   It was just a water hose.

17        Q.   Like a garden hose?

18        A.   Yeah.  But it was like city, you know, had

19   strong pressure on it.

20        Q.   Okay.

21        A.   Like a plant would use.

22        Q.   Got it.  But I mean in terms of diameter, it's

23   like a garden hose looking thing?

24        A.   It's about twice the size of a garden hose.

25        Q.   Okay.  I mean it's for putting out a fire?

Brian Dickerson                          June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 131

1      a sniffer and a multi gas meter, do you know the

2      difference?

3            A.   No.

4            Q.   Do you remember any other kind of equipment

5      that would be used by your brother to detect whether

6      there's fumes?

7            A.   No.

8            Q.   Just that monitor?

9            A.   That's correct.

10           Q.   Did that one that you opened the box on that

11     morning, did it replace an old one that had broken or

12     something?

13           A.   The old one he had was an old one and he got

14     it -- he had ordered a new one and it came in.  That's

15     all I know.

16           Q.   He just said hand me that thing, and you opened

17     the box and handed it to him?

18           A.   Yes.

19           Q.   Have you seen the other one since --

20           A.   No.

21           Q.   -- the fire?

22                Did you -- did anybody tell you what happened

23     to it or anything along those lines?

24           A.   No.

25           Q.   Do you personally know how periodic continuous

Brian Dickerson                                         June 18, 2021
Dickerson, Brian v. PLZ Aeroscience Corporation

Page 132

1    monitoring is suppose to occur, how often you're suppose

2    to take readings if you're working in an environment like

3    this?

4         A.   You're suppose to write them down every 15

5    minutes.

6         Q.   Have you seen the log --

7         A.   No.

8         Q.   -- from that day?

9              Do you know whether or not your brother or

10   anybody else on the crew filled out a log or wrote down

11   the measurements every 15 minutes that day?

12        A.   I don't know.

13        Q.   But you think they're suppose to?

14        A.   Yes.

15        Q.   Did you tell the paramedics that you had fallen

16   or that your -- you had hurt yourself other than the

17   fire?

18        A.   Yes.

19        Q.   You believe you did?

20        A.   Yes.  I know I did.

21        Q.   What about the emergency room folks?

22        A.   I did.

23        Q.   You did.  What did you tell them hurt?

24        A.   My back.  My lower back.

25        Q.   You did?