# Exhibit 2 to PLZ Corp.'s Memorandum of Law in Support of its Motion for Summary Judgment

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRIAN DICKERSON,<br><br>Plaintiff,<br><br>vs.<br><br>PLZ AEROSCIENCE CORPORATION and HAZMAT EMERGENCY RESPONSE AND REMEDIATION, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO.: 1:20-cv-03618-CC |

## AFFIDAVIT OF NOEL DICKERSON

STATE OF GEORGIA

COUNTY OF DEKALB,

BEFORE ME, the undersigned authority, this day personally appeared Noel Dickerson, who, being first duly sworn, deposes and says:

1. This is based on my personal knowledge and not upon information or belief.

2. My name is Noel Dickerson and I am CEO of CND Services, LLC ("CND").

3. CND was hired by DG Marshall to provide limited services in connection with the decommissioning of PLZ Aeroscience Corporation's ("PLZ") facility located in Dalton, GA (the "Facility"). CND's work with DG Marshall required that PLZ be responsible for emptying/cleaning the tanks and equipment at the Facility. It is CND's understanding that PLZ contracted with Hazmat Emergency Response and Remediation, Inc. ("HERR") for this emptying/cleaning and that there were no chemicals or flammable liquids present in or on the tanks and equipment. CND began work at the Facility on January 6, 2020 and this work included cutting and grinding metal using saws, welding torches, metabo, and cut-off blades. This type of work is known as "hot work."

4. On February 5, 2020, PLZ employee Dewayne Miller informed CND that there were no chemicals or flammable liquids in the pipes and tanks in mixing room 2 at the Facility. CND was informed that if there were any liquids present, it would be non-flammable wash water used by HERR to clean the pipes and tanks.

5. On February 5, 2020, CND was scheduled to perform hot work in mixing room 2 at the Facility. Prior to any hot work being performed at the Facility, it was necessary to obtain a hot work permit from Mr. Miller. After a hot

work permit was issued, it was not uncommon for Mr. Miller to periodically enter a hot work area to ensure that CND was working in a safe manner by using proper protective gear and taking necessary safety precautions.

6. As part of the hot work permitting process, similar to other mornings, Mr. Miller and I did a walk-through inspection of mixing room 2 on the morning of February 5, 2020. Mr. Miller and I both had multi-gas meters ("meter") that we used to take readings in mixing room 2. The meter that I used on behalf of CND was a GasAlert Microclip made by Honeywell. This is a four gas detector model that measured %LEL (lower explosive level) of a variety of gases, oxygen, hydrogen sulfide, and carbon monoxide.

7. During the walk-through, both Mr. Miller and I took meter readings at various levels including chest and floor levels throughout mixing room 2. During the walk-through process neither the meter used by Mr. Miller nor the CND meter detected any harmful conditions, including the presence of explosive gases or elevated oxygen levels, among other things

8. After the walk-through was completed, Mr. Miller signed off on a hot work permit which allowed CND to perform it's hot work which included cutting and grinding in mixing room 2. A copy of the hot work permit issued on February 5, 2020 is attached hereto as Exhibit "A."

9.  On February 5, 2020, while CND was working in mixing room 2, CND's meter did not alarm the detection of any harmful conditions. CND used their own tools and equipment except that CND rented a forklift for working at the Facility, including in mixing room 2. CND used a meter at its own convenience to monitor the air quality during the work day in mixing room 2.

10.  With respect to the torch that CND was using in mixing room 2 on February 5, 2020, the operating pressure of that torch was: Oxygen, no more than 40 psi; Acetylene, 7-10 psi.

FURTHER AFFIANT SAYETH NOT.

_____
NOEL DICKERSON

SUBSCRIBED and SWORN to
before me this 16th day of September, 2021.

_____
Mathes Martin
Notary Public in and for the State of Georgia

My Commission Expires: 10-2-2023



# WARNING!
# HOT WORK IN PROGRESS WATCH FOR FIRE!

| INSTRUCTIONS | REQUIRED PRECAUTIONS CHECKLIST |
|---|---|
| 1. After the hot work is completed fill in time completed.<br>2. Fire Watch: Prior to leaving area, do final inspection and return to EHS Manager. Note if permit was for High Energy Hotwork Monitor: After 4 hours, do final inspection, sign and return to EHS Manager. | ☑ Available sprinklers, hose streams and extinguishers are in service/operable.<br>☑ Hot work equipment in good repair.<br>**Requirements within 35 ft (11 m) of work.**<br>☑ Flammable liquids, dust, lint and oily deposits removed<br>☑ Explosive atmospheres are eliminated.<br>Meter # MX6  Cal. Date 5-29-19 Time 1132<br>LEL % 0   o2 % 21.0 |

**HOT WORK BEING DONE BY**
☐ EMPLOYEE
☑ CONTRACTOR  CND

| DATE | JOB NUMBER |
|---|---|
| 2-5-20 | |

☐ Floors swept clean. — Oil dri down / water
☑ Combustible floors wet down, covered with damp sand or fire resistant sheets.
☑ Remove other combustibles where possible. Otherwise protect with fire-resistive tarpaulins or metal shields.
☑ All wall and floor openings where sparks may drop to combustibles below identified and covered.
☐ Fire-resistive tarpaulin suspended below work.
☐ Protect or shut down conveyors or ducts that might carry sparks to distant combustibles.

**LOCATION/BUILDING AND FLOOR**
Compound Room 2

**NATURE OF JOB (INCLUDE DESCRIPTION OF OBJECT ON WHICH HOT WORK IS TO BE PERFORMED)**
Cutting and Grinding

**Work on walls, ceilings or roofs**
☐ Construction is noncombustible and without combustible covering or insulation (Note: If box is not checked, specify precautions taken in space at the bottom of this column).
☐ There are no components such as steel members, pipes, etc. that could transmit heat by radiation or conduction to unobserved combustibles (Note: if box is not checked, specify precautions taken in space at the bottom of this column).
☐ Combustibles on either side of walls, ceilings or roofs are moved away.

**NAME OF PERSON DOING HOT WORK**
CND

I verify the above location has been examined, the precautions checked on Required Precaution Checklist have been taken to prevent fire, and mission is authorized for this work.

NED (Fire Safety Supervisor/Operations Supervisor)
[signature]

**Work on enclosed equipment**
☐ Enclosed equipment cleaned of all combustibles.
☐ Containers purged of flammable liquids/vapors.
☐ Pressurized vessels, piping and equipment removed from service, isolated and vented.

| WORK AUTHORIZED TO BEGIN | DATE 2-5-20 | TIME 0700 ☑AM ☐PM |
|---|---|---|
| PERMIT EXPIRES | DATE 2-5-20 | TIME 1700 ☐AM ☑PM |
| TIME STARTED 0715 ☑AM ☐PM | | TIME FINISHED ☐AM ☐PM |

**Fire watch/Hot Work area monitoring**
☑ Fire watch will be provided during and for 60 minutes after work, including any coffee or lunch breaks
☑ Fire watch is supplied with suitable extinguishers, and where practical, a charged small hose.
☑ Specify type of fire extinguisher. ABC
☑ Fire watch is trained in use of equipment and in sounding alarm.
☑ Fire watch may be required in adjoining areas, above and below
☐ Monitor Hot Work area for 4 hours after job is complete

**FIRE WATCH SIGNOFF:**
Work area and all adjacent areas to which sparks and heat might have spread were inspected during the watch period and were found fire safe.
Signed: [signature]

**FINAL CHECKUP:**
Work area was monitored for 4 hours following Hot Work and found fire safe.
Signed: [signature]

**Other Precautions Taken:** 1
☐ _____

Fire Extinguishers (A) Ordinary combustibles (B) Flammable / Combustible Liquids / Gases i.e. Co2 / dry Chem. (C) Energized Electrical Equipment.

PLZ000150

EXHIBIT A