# Exhibit 3 to PLZ Corp.'s Memorandum of Law in Support of its Motion for Summary Judgment

# In The Matter Of:

*Dickerson v.*

*PLZ Aeroscience Corporation, et al.*

*Dewayne Miller*

*June 28, 2021*

*Video Deposition*

*Regency-Brentano, Inc.*

*13 Corporate Square*

*Suite 140*

*Atlanta, Georgia 30329*

*404.321.3333*



REGENCY-BRENTANO, INC.
Certified Court Reporters

**Min-U-Script® with Word Index**

**Video Deposition**

```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION

BRIAN DICKERSON,              )
                              )
        Plaintiff,            )  CIVIL ACTION FILE NO.
                              )
vs.                           )  1:20-CV-03618-CC
                              )
PLZ AEROSCIENCE CORPORATION   )
and HAZMAT RESPONSE AND       )
REMEDIATION, INC.,            )
                              )
        Defendants.           )
_____)
```

       Videotaped deposition of DEWAYNE MILLER, taken on behalf of the Plaintiff, pursuant to the stipulations contained herein, reading and signing of the deposition being reserved, in accordance with the Federal Rules of Civil Procedure, before Daniel M. Gershwin, Certified Court Reporter and Notary Public, at 600 Peachtree Street, N.E., Suite 4700, Atlanta, Georgia, on the 28th day of June, 2021, commencing at the hour of 1:08 p.m.

---

REGENCY-BRENTANO, INC.
CERTIFIED COURT REPORTERS
13 Corporate Square
Suite 140
Atlanta, Georgia 30329
(404) 321-3333

**Regency-Brentano, Inc.**

1  reasons?
2      A    Because the plant was closing.  They were
3  in a hiring freeze at that point, and I knew that I
4  would be there for X number of days or at least
5  assumed I'd be there through X numbers of days.  That
6  got extended, and we went from there.
7      Q    So you do have a resume that you keep
8  then, I assume?
9      A    Yes, sir.
10     Q    Okay.  What was your understanding of
11 what your job responsibility was going to be when you
12 were first hired by PLZ?
13     A    A health and safety and environmental
14 manager.
15     Q    And what exactly was that going to entail
16 for a project like this?
17     A    Training of the employees, managing the
18 wastes that come off the lines, and making sure that
19 the information was correct when the material was sent
20 out.
21     Q    Now, were you hired as part of the
22 decommissioning process or were you hired also to help
23 run the facility until it went offline?
24     A    I was hired to help work in the facility
25 until it closed.

```
 1        Q       And the reason why that's considered hot
 2   work is just because it creates sparks?
 3        A       Correct.
 4        Q       Okay.  Is it fair to say that CND was the
 5   only contractor using acetylene torches?
 6        A       As I recall, yes, sir.
 7        Q       Okay.  Any other -- other than the
 8   electrical folks, any other hot work being done?
 9        A       The maintenance staff may have done some,
10   but they normally did their own hot work permits.
11        Q       Okay.  So the only ones you would be
12   issuing hot work permits to on a regular basis would
13   be the electrical folks and CND?
14        A       Primarily CND, yes, sir.
15        Q       Primarily.  Okay.
16        A       But -- yes, sir.  And again, there may
17   have been another one, but I honestly don't recall.
18        Q       Okay.  And so what was the purpose of
19   HERR?
20        A       To clean the residue of the facil --
21   within the facility in the chemicals.
22        Q       And to your understanding that meant
23   flushing lines?
24        A       Yes, sir.
25        Q       And all the lines in the facility;
```

1  correct?
2       A     Correct.
3       Q     Okay.  And cleaning out all the tanks as
4  well; correct?
5       A     Correct.
6       Q     And the reason why HERR was hired is
7  because you needed that process to be done to ensure
8  that all chemicals were removed from those lines;
9  correct?
10      A     Correct.
11      Q     And same thing with the tanks, that's why
12 they were hired is to ensure that all of those
13 chemicals were removed from the tanks; correct?
14      A     Yes, sir.
15      Q     And those chemicals that they were
16 removing, some of them were flammable; correct?
17      A     Yes, sir.
18      Q     All right.  A lot of them were flammable;
19 correct?
20      A     Yes, sir.
21      Q     The majority were flammable; correct?
22      A     I wouldn't define it that way, but there
23 was a lot of flammable chemicals on site, period.
24      Q     Okay.  And so what you wanted in this
25 decommissioning process is to have HERR come in and

Dewayne Miller - June 28, 2021
Video Deposition
50

```
 1      A      Yes.
 2      Q      And so once that time period expires, you
 3   kick them out from doing any hot work; correct?
 4      A      Correct.
 5      Q      Okay.  And that's --
 6      A      Well, you shut down hot work until we
 7   clear the room again --
 8      Q      Right.
 9      A      -- and issue another permit.
10      Q      Okay.  And that's what you've been
11   trained on how to properly do safe hot work in an area
12   with flammable materials; correct?
13      A      Yes, sir.
14      Q      Do you specifically recall issuing this
15   hot work permit on the date of this incident?
16      A      Yes, sir.
17      Q      All right.  Who did you do that with?
18      A      Noel.
19      Q      All right.  And was Noel typically the
20   person you would do hot work permits with?
21      A      He had -- there was another guy that
22   worked for him that would walk with me periodically.
23   I don't remember his name.  A short small guy, black
24   headed, beard.
25      Q      Jason?
```

**Regency-Brentano, Inc.**

1    A    I truly don't -- if I saw him, I could --
2  with his name I could tell you who he was, but I
3  honestly don't remember.
4    Q    All right.  So walk me through what you
5  did as far as issuing the hot work permit.
6    A    Okay.  We enter the door, and normally I
7  like to go clockwise, so we'd squat down at the floor
8  with the meter.  We'll check it chest height, then
9  squat down for a minute, two minutes, let the meter
10 acclimate, and go ahead and check our readings, stand
11 up, move forward 8 to 12 feet and do the exact same
12 process again, check it at chest height, check it at
13 the floor.  The issue with the mixing rooms is we had
14 the tanks and the other lines in the area.  At the
15 base of the tanks we'd put the meter at the valve or
16 the open pipe at the bottom of it and let it acclimate
17 and make sure that there was nothing coming out of
18 that that could create an issue.  We'd go make my way
19 around the room checking any pipe that was open.  And
20 then again, once I got to the other side, we'd do
21 those tanks.
22         Then we'd go up the mezzanine and I would
23 open up the tanks themselves and stick the meter
24 inside the tanks and make sure that nothing was going
25 on at that point.

1  We'd proceed to the end or the east side
2  of the building.  There's a manifold of pipes on each
3  side and the back of that facility -- of that room up
4  on the mezzanine.  As I recall, all of them have
5  valves on them.  I put the meter at the end of the
6  pipe, open the valve, and check the pipe itself.  Once
7  it was cleared, I'd close the valve and go on to the
8  next one, and I'd do that for all the pipes up there.
9  Once I come back down, would sign and post the --
10 write my data down and then post the hot work permit.
11      Q      Okay.  And then both you and Noel would
12 use a separate meter?
13      A      Yes, sir.
14      Q      All right.  And on this date you both
15 used a separate meter?
16      A      Yes, sir.
17      Q      Okay.  Now, do you know why -- how is it
18 that you remember that you did this with Noel
19 Dickerson?
20      A      Because of the fire.
21      Q      Okay.  Did you tell OSHA that it was Noel
22 Dickerson that you did the walk-through with?
23      A      I don't remember.  I'd have to look at
24 the notes.
25      Q      You would agree that your statement to

```
 1   OSHA was closer in time to the incident than as we sit
 2   here today; correct?
 3        A      Yes, definitely closer in time.
 4        Q      And that your memory would be fresher at
 5   the time when you gave your OSHA statement than it is
 6   today?
 7        A      Yes, sir.
 8        Q      Now, to your understanding, was Mixing
 9   Room 2, had it been cleared -- cleared, excuse me, by
10   HERR?
11        A      I believe it was cleaned, yes, sir, by
12   HERR.
13        Q      In its entirety?
14        A      Yes, sir, I believe so.
15        Q      And that's why you permitted hot work to
16   be done in there?
17        A      Permitted the hot work because we didn't
18   pick up anything with the meters and it was supposed
19   to have been cleaned.
20        Q      Right.  And you told Noel Dickerson that
21   it had been cleaned by HERR; correct?
22        A      I don't recall whether I told him whether
23   HERR had finished cleaning it or not, no, sir.
24        Q      All right.  Let me ask you this:  If Noel
25   Dickerson testifies that you told him that HERR had
```

Dewayne Miller - June 28, 2021                                82
Video Deposition

```
1       A      Correct.
2       Q      Do you go back and check on them?
3       A      Sometimes.
4       Q      All right.  Did you go back and do a
5    final checkup at any point that day?
6       A      I know I walked through the work area a
7    couple of times, but I did not have the meter with me
8    at that point, no, sir.
9       Q      Okay.  Do you remember was that -- do you
10   remember on this particular day was it the first thing
11   in the morning when you did the hot work permit?
12      A      Yes, sir, always before they start.
13      Q      Okay.  And then when did you come back in
14   the room?  Like midday, late day?
15      A      Both normally.  As I go through the plant
16   doing the other things that I was tasked with doing, I
17   would always either look in to make sure things were
18   going well, check the guys again for proper PPE and,
19   if there's an issue, make a comment; if not, continue
20   with where I was going.
21      Q      And then what would you do to make sure
22   it's still fire safe at those checkups?
23      A      That was left up to the contractors.  He
24   had his meter.  That was their function at that point.
25   That site was turned over to them.
```