# Exhibit 5 to PLZ Corp.'s Memorandum of Law in Support of its Motion for Summary Judgment

# WARNING!
## HOT WORK IN PROGRESS WATCH FOR FIRE!

| INSTRUCTIONS | REQUIRED PRECAUTIONS CHECKLIST |
|---|---|
| 1. After the hot work is completed fill in time completed.<br>2. Fire Watch: Prior to leaving area, do final inspection and return to EHS Manager. Note if permit was for High Energy Hotwork Monitor: After 4 hours, do final inspection, sign and return to EHS Manager. | ☑ Available sprinklers, hose streams and extinguishers are in service/operable.<br>☑ Hot work equipment in good repair.<br>**Requirements within 35 ft (11 m) of work.**<br>☑ Flammable liquids, dust, lint and oily deposits removed<br>☑ Explosive atmospheres are eliminated.<br>Meter # MX6  Cal. Date 5-29-19 Time 1132<br>LEL % 0   o2 % 21.0<br>☐ Floors swept clean. — Oil dri down / water<br>☐ Combustible floors wet down, covered with damp sand or fire resistant sheets.<br>☑ Remove other combustibles where possible. Otherwise protect with fire-resistive tarpaulins or metal shields.<br>☑ All wall and floor openings where sparks may drop to combustibles below identified and covered.<br>☐ Fire-resistive tarpaulin suspended below work.<br>☐ Protect or shut down conveyors or ducts that might carry sparks to distant combustibles. |

**HOT WORK BEING DONE BY**
☐ EMPLOYEE
☑ CONTRACTOR  CND

**DATE** 2-5-20   **JOB NUMBER**

**LOCATION/BUILDING AND FLOOR** Compound Room 2

**NATURE OF JOB (INCLUDE DESCRIPTION OF OBJECT ON WHICH HOT WORK IS TO BE PERFORMED)**
Cutting and Grinding

**NAME OF PERSON DOING HOT WORK**
CND

I verify the above location has been examined, the precautions checked on Required Precaution Checklist have been taken to prevent fire, and mission is authorized for this work.

NED (Fire Safety Supervisor/Operations Supervisor) [signature]

**Work on walls, ceilings or roofs**
☐ Construction is noncombustible and without combustible covering or insulation (Note: if box is not checked, specify precautions taken in space at the bottom of this column).
☐ There are no components such as steel members, pipes, etc. that could transmit heat by radiation or conduction to unobserved combustibles (Note: if box is not checked, specify precautions taken in space at the bottom of this column).
☐ Combustibles on either side of walls, ceilings or roofs are moved away.

**Work on enclosed equipment**
☐ Enclosed equipment cleaned of all combustibles.
☐ Containers purged of flammable liquids/vapors.
☐ Pressurized vessels, piping and equipment removed from service, isolated and vented.

| WORK AUTHORIZED TO BEGIN | DATE 2-5-20 | TIME 0700 ☑AM ☐PM |
|---|---|---|
| PERMIT EXPIRES | DATE 2-5-20 | TIME 1700 ☐AM ☑PM |
| TIME STARTED 0715 ☑AM ☐PM | | TIME FINISHED ☐AM ☐PM |

**Fire watch/Hot Work area monitoring**
☑ Fire watch will be provided during and for 60 minutes after work, including any coffee or lunch breaks
☑ Fire watch is supplied with suitable extinguishers, and where practical, a charged small hose.
☑ Specify type of fire extinguisher. ABC
☑ Fire watch is trained in use of equipment and in sounding alarm.
☑ Fire watch may be required in adjoining areas, above and below
☐ Monitor Hot Work area for 4 hours after job is complete

**FIRE WATCH SIGNOFF:**
Work area and all adjacent areas to which sparks and heat might have spread were inspected during the watch period and were found fire safe.
Signed: [signature]

**FINAL CHECKUP:**
Work area was monitored for 4 hours following Hot Work and found fire safe.
Signed: [signature]

**Other Precautions Taken:**
☐ _____

Fire Extinguishers (A) Ordinary combustibles (B) Flammable / Combustible Liquids / Gases i.e. Co2 / dry Chem. (C) Energized Electrical Equipment.

PLZ000150