# Exhibit 6 to PLZ Corp.'s Memorandum of Law in Support of its Motion for Summary Judgment

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN DICKERSON,<br><br>Plaintiff,<br><br>vs.<br><br>PLZ AEROSCIENCE CORPORATION n/k/a PLZ CORP. and HAZMAT EMERGENCY RESPONSE AND REMEDIATION, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO.: 1:20-cv-03618-MHC |

**AFFIDAVIT OF DEWAYNE MILLER**

STATE OF GEORGIA

COUNTY OF WHITFIELD,

BEFORE ME, the undersigned authority, this day personally appeared Dewayne Miller, who, being first duly sworn, deposes and says:

1. This is based on my personal knowledge and not upon information or belief.

4870-2681-2937.1                                                                 1

2. My name is Dewayne Miller and I worked as a health, safety, and environmental manager at PLZ Aeroscience Corporation's ("PLZ") facility located in Dalton, GA (the "Facility").

3. On February 5, 2020 CND Services, LLC ("CND") was scheduled to perform some cutting and grinding work ("hot work") in mixing room 2 of the Facility.

4. On the morning of February 5, 2020, Noel Dickerson, the CEO of CND, and I performed a walk-through inspection of mixing room 2 prior to the start of any hot work in that room. As part of the inspection, both Mr. Dickerson and I used multi-gas meters to take readings to measure the %LEL (lower explosive level) of a variety of different gases. After the inspection revealed no harmful gases in mixing room 2, both Mr. Dickerson and I signed off on a hot work permit for that day.

5. After the hot work permit was executed, PLZ turned over custody and control of mixing room 2 to CND and it was CND's responsibility to maintain the fire and air safety of that room while the hot work was being performed.

6. No PLZ personnel entered mixing room 2 while the hot work was being performed and CND had the authority to exclude other third-party contractors from entering mixing room 2 while the hot work was taking place.

FURTHER AFFIANT SAYETH NOT.

_____
~~NOEL DICKERSON~~
Dewayne Miller

SUBSCRIBED and SWORN to
before me this 4 day of April, 2022.

_____
Notary Public in and for the State of Georgia

My Commission Expires: 11-3-23

